### ED WADE V. THE STATE.

No. 10343. Delivered June 16, 1926.

**Sale of Intoxicating Liquors—No Statement of Facts—No Bills of Exception.**

There being no statement of facts. nor bills of exception in this record and no fundamental error appearing the judgment is affirmed.

Appeal from the District Court of Cherokee County. Tried below before the Hon. C. A. Hodges, Judge.

Appeal from a conviction for the sale of intoxicating liquor, penalty one year in the penitentiary.

*Bates & Edwards* of Nacogdoches, for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for the unlawful sale of intoxicating liquor, punishment fixed at confinement in the penitentiary for one year.

The indictment appears regular. The record is before us without statement of facts or bills of exceptions. No fundamental error has been perceived.

The judgment is affirmed.

*Affirmed.*